UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| LINDA HEDDGER, | Civil No. C20-1543-MLP |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

It is hereby ORDERED that claimant's applications for disability insurance benefits under Title II of the Social Security Act and Supplemental Security Income under Title XVI of the Act should be reversed and remanded to the Commissioner of Social Security for further administrative proceedings, under sentence four of 42 U.S.C. § 405(g). Upon remand, the Appeals Council will instruct the Administrative Law Judge to evaluate the evidence submitted to the Appeals Council; reevaluate all medical opinions and medical evidence; offer the claimant the opportunity for a new hearing; and issue a new decision. Upon proper presentation, Plaintiff will be entitled to attorneys' fees under the Equal Access to Justice Act, 28 U.S.C. §2412 et seq.

DATED this 22nd day of July, 2021.

                                                           *MJPeterson*
MICHELLE L. PETERSON
United States Magistrate Judge

Presented by:

s/ David J. Burdett
DAVID J. BURDETT
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone:  (206) 615-2522
Fax:  (206) 615-2531
david.burdett@ssa.gov